JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BURTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV13-9078 BRO (SSx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION, IN ITS ENTIRETY, WITH PREJUDICE** |

Pursuant to the stipulation of the parties, and no class having been certified, the above-captioned action is dismissed in its entirety, with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: August 23, 2017

HON. BEVERLY REID O'CONNELL
United States District Court Judge

Case No. CV13-9078 BRO (SSx)
ORDER FOR DISMISSAL